IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHARLES L. WEEKLY**                                                                                    **PETITIONER**
**ADC #86771**

v.                                    Case No. 5:14-cv-00446-KGB

**WENDY KELLEY, Director**
**Arkansas Department of Correction**                                                         **RESPONDENT**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 15). Petitioner Charles L. Weekly filed objections (Dkt. No. 16). After carefully considering the Proposed Findings and Recommended Disposition and the objections, and making a *de novo* review of the record in this case, the Court approves and adopts the Proposed Findings and Recommended Disposition in their entirety as this Court's findings in all respects. The Court denies and dismisses with prejudice Mr. Weekly's petition for writ of *habeas corpus* (Dkt. No. 2). The Court denies Mr. Weekly's motion to amend (Dkt. No. 11). The Court will not issue a certificate of appealability because Mr. Weekly has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2).

SO ORDERED this the 30th day of November, 2015.

_____
Kristine G. Baker
United States District Judge