IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHARLES L. WEEKLY**  **PETITIONER**
**ADC #86771**

**v.**  **Case No. 5:14-cv-00446-KGB**

**WENDY KELLEY, Director**
**Arkansas Department of Correction**  **RESPONDENT**

## ORDER

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that petitioner Charles L. Weekly's petition for writ of *habeas corpus* is denied and dismissed with prejudice. The Court denies the relief requested.

SO ADJUDGED this the 30th day of November, 2015.

_____
Kristine G. Baker
United States District Judge